IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ERIC DUFF, AIS #236127, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACT. NO. 2:18-cv-883-ECM |
| | ) |
| WARDEN RICHER, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **OPINION and ORDER**

On May 8, 2019, the Magistrate Judge entered a Recommendation (doc. 17) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and this case be and is hereby DISMISSED without prejudice for Plaintiff's failure to comply with the orders of this court.

A separate Final Judgment will be entered.

Done this 21st day of June, 2019.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE